UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                          )
DEREK CRYER, *pro* *se*                   )
                                          )   Civil Action No.:  **1:20-CV-11671-RGS**
        Plaintiff                         )
                                          )
        vs.                               )
                                          )
CAROL MICI,                               )
DOUGLAS DEMOURA,                          )
PATRICE HOLLOMAN                          )
                                          )
        Defendants.                       )
_____)

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, through counsel, pursuant to Fed.R.Civ.P.56, move that summary judgment

enter in their favor.

Defendants respectfully refer the Court to their accompanying memorandum of law in

support thereof.

                                   Respectfully submitted,

                                   NANCY ANKERS WHITE
                                   Special Assistant Attorney General

Dated: October 4, 2021             */s/ Joan T. Kennedy*
                                   Joan T. Kennedy, Counsel, BBO#554935
                                   Legal Division
                                   Department of Correction
                                   70 Franklin Street, Suite #600
                                   Boston, MA 02110-1327
                                   Tel. (617) 727-3300, Ext. 1160
                                   Joan.T.Kennedy@doc.state.ma.us

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participant(s), if any, as identified on the Notice of Electronic Filing and paper copies will be sent to the *pro se* plaintiff, Derek Cryer, W55424, postage prepaid, at his present address on October 4, 2021.

Date:   October 4, 2021         */s/ Joan T. Kennedy*
                              Joan T. Kennedy